UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LIZA CURRY,

                                         Plaintiff,       **RULE 502(D)**
                                                                           **STIPULATION AND**
              -against-                                       **ORDER**

NEW YORK CITY DEPARTMENT OF EDUCATION       19-CV-04450 (KPF)
and KYLE BRILLANTE, individually and in his official
capacity as principal of The Highbridge Green School, MS
361

                                              Defendants.
------------------------------------------------------------------------x

        **WHEREAS,** the parties jointly request that this Court issue an order, pursuant to Federal Rule of Evidence 502(d) and the Court's inherent authority, which will allow the parties in this action to conduct and respond to discovery without fear that disclosure of privileged or protected information will automatically waive such privilege or protection in this or any other action or proceeding;

        **IT IS THEREFORE AGREED BY ANY BETWEEN THE PARTIES AND ORDERED THAT:**

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state action or proceeding. This Stipulation and Order shall be interpreted and provided the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

Dated:     New York, New York
           February 21, 2020

David D. Barnhorn  
Law Office of Peter A. Romero PLLC  
Attorneys for Plaintiff  
825 Veterans Highway, Suite B  
Hauppauge, New York 11788  
(631) 257-5588  
dbarnhorn@romerolawny.com  

By: _____  
        David D. Barnhorn

***JAMES E. JOHNSON***  
Corporation Counsel of the City of New York  
Attorney for Defendants  
100 Church Street, Room 2-184  
New York, New York 10007  
(212) 356-2451  
sturetsk@law.nyc.gov  

By: _____  2/26/2020
        Samantha P. Turetsky  
        Assistant Corporation Counsel

**SO ORDERED:**

_____          _____  
Date                                                                                U.S.D.J.