UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LIZA CURRY,

                Plaintiff,            Docket No.: 19-cv-04450 (KPF)

   -against-

                               **NOTICE OF MOTION**

NEW YORK CITY DEPARTMENT OF
EDUCATION and KYLE BRILLANTE,
individually and in his official capacity as
principal of The Highbridge Green School,
MS 361,

                Defendants,
---------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the Declaration of David D. Barnhorn, Esq., the exhibits attached thereto, and the accompanying Memorandum of Law, Plaintiff Liza Curry shall move this Court before the Honorable Katherine Polk Failla, United States District Judge for the Southern District of New York, on a date to be determined by the Court, for entry of an order: (1) granting Plaintiff leave to file an amended complaint pursuant to Fed. R. Civ. P. 15; and (2) granting such other and further relief as the Court deems just and proper.

     PLEASE TAKE FURTHER NOTICE that, pursuant to the Local Rules of this Court, Defendants' opposition papers, if any, are to be filed on or before April 29, 2020. Plaintiff's reply papers, if any, are to be filed on or before May 6, 2020.

Dated:  Hauppauge, New York         LAW OFFICE OF PETER A. ROMERO PLLC
        April 15, 2020                   *Attorneys for Plaintiff*
                                           825 Veterans Highway, Suite B
                                           Hauppauge, New York 11788
                                           Tel.: (631) 257-5588

                               By:  _____
                                          DAVID D. BARNHORN, ESQ.
                                          PETER A. ROMERO, ESQ.

TO: Samantha Turetsky, Esq.
Assistant Corporation Counsel
Labor and Employment Division
New York City Law Department
100 Church Street, Room 2-184
New York, New York 10007
Tel.: (212) 356-2451
Email: sturetsk@law.nyc.gov
*Attorney for Defendants*