June 29, 2020

**VIA ECF**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



      Re:    *Liza Curry v. New York City Department of Education, et al.*
              Docket No.: 19-cv-04450 (KPF)

Dear Judge Failla:

      This firm represents the Plaintiff, Liza Curry, in the above-referenced matter, against Defendants New York City Department of Education and Kyle Brillante, individually and in his official capacity as principal of The Highbridge Green School, MS 361, for alleged violations of the Americans with Disabilities Act, Title VII of Civil Rights Act, New York State Human Rights Law and New York City Human Rights Law.  After being notified that the parties had reached a settlement in principle, on May 21, 2020, the Court entered an order of conditional discontinuance with leave to reopen the matter (or to submit their own stipulation of discontinuance) within 45 days. D.E. 34.  Since that order, the parties have made substantial progress towards finalizing the parties' settlement agreement.  However, the parties are continuing to negotiate certain terms of their formal settlement agreement and, once these terms are finalized, the parties must execute their formal settlement agreement. Thus, while the parties anticipate consummating their settlement, they require a brief extension of the deadline to file a Stipulation of Settlement and Dismissal for the Court to So Order or to reopen this matter to avoid any prejudice to the Plaintiff.

      Accordingly, Plaintiff requests, on behalf of and with consent of all parties, an extension of the deadline to file a Stipulation of Settlement and Dismissal for the Court to So Order or to reopen this matter from July 5, 2020 to July 20, 2020.  This is the parties' first request for this relief.

      Respectfully submitted,

      /S/ David D. Barnhorn, Esq.
      DAVID D. BARNHORN, ESQ.

C:    All Counsel of Record via ECF

Application GRANTED.

Dated:    June 29, 2020          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE