July 16, 2020

**VIA ECF**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *Liza Curry v. New York City Department of Education, et al.*
      Docket No.: 19-cv-04450 (KPF)

Dear Judge Failla:

This firm represents the Plaintiff, Liza Curry, in the above-referenced matter, against Defendants New York City Department of Education and Kyle Brillante, individually and in his official capacity as principal of The Highbridge Green School, MS 361, for alleged violations of the Americans with Disabilities Act, Title VII of Civil Rights Act, New York State Human Rights Law and New York City Human Rights Law.  After being notified that the parties had reached a settlement in principle, on May 21, 2020, the Court entered an order of conditional discontinuance with leave to reopen the matter or to submit their own stipulation of discontinuance within 45 days. D.E. 34.  On June 29, 2020, the Court granted an extension of that deadline by fifteen days until July 20, 2020 as the parties were still negotiating certain terms of their settlement agreement.  Since that order, the parties have finalized the terms of their formal settlement agreement but must still execute the settlement agreement.  As of this writing, it appears the parties will be unable to do so by July 20, 2020 and therefore require a brief extension of the deadline to file a Stipulation of Settlement and Dismissal for the Court to So Order or to reopen this matter to avoid any prejudice to the Plaintiff.

Accordingly, Plaintiff requests, on behalf of and with consent of all parties, an extension of the deadline to file a Stipulation of Settlement and Dismissal for the Court to So Order or to reopen this case from July 20, 2020 to July 29, 2020.

Respectfully submitted,

 /S/ David D. Barnhorn, Esq.
DAVID D. BARNHORN, ESQ.

C:   All Counsel of Record via ECF

Application GRANTED. The deadline to file a Stipulation of Settlement and Dismissal or to reopen this case is extended from July 20, 2020 to July 29, 2020.

DATED:    July 17, 2020          SO ORDERED.
         New York, New York

                                 *Katherine Polk Failla* (signature)

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE